*Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 375. SOUTHERN PACIFIC Co. *v.* THE EASTERN GLADE; and

No. 376. SAME *v.* POSTAL STEAMSHIP CORPORATION. October 14, 1940. The motion to use the certified record in Nos. 73 and 74, October Term, 1939, is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Messrs. Chauncey I. Clark* and *Burton H. White* for petitioner. *Mr. John C. Crawley* for respondents. Reported below: 112 F. 2d 297.

No. 67. WILLIAMS ET AL. *v.* TOOKE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. McAskill* for petitioners. *Messrs. C. D. Turner* and *Donald Campbell* for respondents.

No. 77. LUMBERMENS MUTUAL CASUALTY Co. *v.* MCIVER ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henry Graham Balter* for petitioner. *Mr. Carl B. Sturzenacker* for respondents.

No. 80. BRASHEAR ET AL. *v.* INTERMOUNTAIN BUILDING & LOAN ASSN. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander B. Baker* for petitioners. *Messrs. James C. Inglebretsen, Earl Warren,* Attorney General of California, and *Frank Richards,*